```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 18-05416-HWV
Tina Marie Stoltz                                               Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: TWilson           Page 1 of 1              Date Rcvd: Apr 17, 2019
                            Form ID: ntfp           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.
       +Mitchell A Sommers, Esquire,    107 W Main Street,    Ephrata, PA 17522-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
      Leonard  Zagurskie, Jr    on behalf of Debtor 1 Tina Marie Stoltz lzaglaw.usa@startmail.com,
       lzaglaw.usa@startmail.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                         TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Tina Marie Stoltz                                       Chapter 7

**Debtor 1**                                            Case number 1:18–bk–05416–HWV

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#2** . **The name of the creditor was not entered in box 1 of the claim**. Failure to refile or amend your document may result in a delay in processing this matter.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 17, 2019 |

ntfp(12/18)