**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>TINA STOLTZ<br><br>**Debtor(s)** | : : : : : : | CHAPTER  7<br><br>CASE NO. 1-18-bk-05416 |
| TINA STOLTZ<br>    OBJECTANT<br><br>**Plaintiff(s)/Movant(s)**<br>vs.<br>GREGORY STAUFFER<br>    CLAIMANT<br><br>**Defendant(s)/Respondent(s)** | : : : : : : : : : : : | ADVERSARY NO. __-__-ap-_____<br> (if applicable)<br><br><br>Nature of Proceeding: OBJECT CLAIM<br><br>Pleading: OBJECTION TO CLAIM #2<br><br><br>Document #: _____ |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☑ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/27/2020          Leonard Zagurskie, Jr., Esquire
                                            Attorney for Debtor/Objectant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.