```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-05416-HWV
Tina Marie Stoltz                                                   Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1       User: AutoDocke        Page 1 of 1         Date Rcvd: Jul 28, 2020
                           Form ID: pdf010        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
aty             +Mitchell A Sommers,    Mitchell A. Sommers,    107 W Main Street,    Ephrata, PA 17522-2014
5166786         +Gregory Stauffer,    693 Broad Street,    Akron, PA 17501-1360
5186623         +Gregory Stauffer,    c/o Mitchell A. Sommers, Esquire,    107 W Main Street,
                  Ephrata, PA 17522-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.axosfs.com
              Leonard   Zagurskie, Jr    on behalf of Debtor 1 Tina Marie Stoltz lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Mitchell A. Sommers    on behalf of Attorney Mitchell A Sommers sommersesq@aol.com,
               kjober@dejazzd.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Tina Marie Stoltz | | Chapter: | 7 |
|---|---|---|---|
| | Debtor 1 | Case No: | 1:18-bk-05416 |
| Tina Marie Stoltz | | Document No.: | 32 |
| vs. | Objectant(s) | Nature of Proceeding: | Objection to Claim Number 2 |
| Gregory Stauffer | Respondent(s) | | |

## ORDER STIPULATION DUE

Upon consideration of the Request to Remove from the Hearing/Trial List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by August 26, 2020, the Objection will be overruled without further notice.

**FURTHER ORDERED** that the hearing/trial previously scheduled on the Objection to Claim Number 2 for July 28, 2020, is hereby CANCELLED.

Dated: July 27, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JG)

Order Stip Due or Relist – Revised 4/18