UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In Re: §
§
TINA MARIE STOLTZ § Case No. 18-05416
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/30/2018. The undersigned trustee was appointed on 12/31/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 70,020.78

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 33,675.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 36,345.78 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/17/2019 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,384.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $3,787.60, for a total compensation of $3,787.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $71.30, for total expenses of $71.30[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/31/2021            By: /s/LEON P. HALLER
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 18-05416 | HWV | Judge: | Henry W. Van Eck | Trustee Name: | LEON P. HALLER |
|---|---|---|---|---|---|---|
| Case Name: | TINA MARIE STOLTZ | | | | Date Filed (f) or Converted (c): | 12/30/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/11/2019 |
| For Period Ending: | 05/31/2021 | | | | Claims Bar Date: | 05/17/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 2 CREEKSIDE DRIVE, LEBANON, PA 17042 | 165,103.50 | 0.00 | | 0.00 | FA |
| 2. 2013 HONDA RIDGELINE | 17,161.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS & FURNISHINGS | 2,736.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 6. CASH ON HAND | 40.00 | 0.00 | | 0.00 | FA |
| 7. TWO CATS | 2.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING & SAVINGS ACCOUNT - LEBANON FEDERAL CREDIT UNION | 25.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING & SAVINGS ACCOUNT - BB&T BANK | 60.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) - VANGUARD | 1.00 | 0.00 | | 0.00 | FA |
| 11. 2017 TAX REFUND | 1.00 | 0.00 | | 0.00 | FA |
| 12. GROUP LIFE INSURANCE | 1.00 | 0.00 | | 0.00 | FA |
| 13. MOTOR VEHICLE INSURANCE | 1.00 | 0.00 | | 0.00 | FA |
| 14. MEDICAL MALPRACTICE CLAIM | Unknown | 1,325.00 | | 70,020.78 | FA |
| 15. HEALTHCARE ACCOUNT | 1.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $185,532.50 | $1,325.00 | | $70,020.78 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/01/19  Awaiting payment from class action settlement.
05/21/19  Follow up to class action attys requesting status of payment.
11/05/19  Still pending.
12/23/19  Still pending.
05/18/20  Still pending but class action attys hopeful that can wrap up in 90 days.
06/12/20  Still pending. One disputed claim and objections filed by debtor.
9/30/20   Still Pending
12/15/20  Still pending.
05/20/21  Funds received. Exemption paid. Working on TFR.

Exhibit A

Initial Projected Date of Final Report (TFR): 07/31/2020        Current Projected Date of Final Report (TFR): 06/30/2021

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 18-05416 | Trustee Name: LEON P. HALLER |
| Case Name: TINA MARIE STOLTZ | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0309 |
| | Checking |
| Taxpayer ID No: XX-XXX9928 | Blanket Bond (per case limit): $8,610,829.00 |
| For Period Ending: 05/31/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/21 | 14 | BERNSTEIN LIEBHARD LLP<br>10 E 40TH ST<br>NEW YORK, NY 10016-0201 | CIASS ACTION SETTLEMENT PROCEEDS<br>PROCEEDS CLASS ACTION SETTLEMENT | 1142-000 | $70,020.78 | | $70,020.78 |
| 05/21/21 | 2001 | TINA MARIE STOLTZ | EXEMPTION | 8100-002 | | $33,675.00 | $36,345.78 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $70,020.78 | $33,675.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $70,020.78 | $33,675.00 |
| Less: Payments to Debtors | $0.00 | $33,675.00 |
| Net | $70,020.78 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0309 - Checking | $70,020.78 | $0.00 | $36,345.78 |
|  | $70,020.78 | $0.00 | $36,345.78 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $70,020.78 |
| Total Gross Receipts: | $70,020.78 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:18-bk-05416-HWV  
Debtor Name: TINA MARIE STOLTZ  
Claims Bar Date: 5/17/2019  

Date: June 18, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | LEON P. HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | Administrative | | $0.00 | $3,787.60 | $3,787.60 |
| 100 2200 | LEON P. HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | Administrative | | $0.00 | $71.30 | $71.30 |
| 100 3110 | PURCELL, KRUG & HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | Administrative | | $0.00 | $595.00 | $595.00 |
| 1 300 7100 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $575.95 | $575.95 |
| 2 300 7100 | GREGORY STAUFFER<br>C/O MITCHELL A. SOMMERS, ESQUIRE<br>107 W MAIN STREET<br>EPHRATA, PA 17522 | Unsecured | | $0.00 | $14,827.71 | $7,500.00 |
| 3 300 7100 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $7,354.11 | $7,354.11 |
| 4 300 7100 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $2,544.19 | $2,544.19 |
| 5 300 7100 | CITIBANK, N.A.<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 | Unsecured | | $0.00 | $8,192.31 | $8,192.31 |
| 6 300 7100 | CITIBANK, N.A.<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 | Unsecured | | $0.00 | $4,209.46 | $4,209.46 |
| | Case Totals | | | $0.00 | $42,157.63 | $34,829.92 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:18-bk-05416-HWV  Date: June 18, 2021
Debtor Name: TINA MARIE STOLTZ
Claims Bar Date: 5/17/2019

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2  Printed: June 18, 2021

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*
Case 1:18-bk-05416-HWV    Doc 45    Filed 07/29/21    Entered 07/29/21 20:19:15    Desc
Main Document      Page 8 of 11

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-05416
Case Name: TINA MARIE STOLTZ
Trustee Name: LEON P. HALLER

| | | |
|---|---|---|
| Balance on hand | $ | 36,345.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LEON P. HALLER | $ 3,787.60 | $ 0.00 | $ 3,787.60 |
| Trustee Expenses: LEON P. HALLER | $ 71.30 | $ 0.00 | $ 71.30 |
| Attorney for Trustee Fees: PURCELL, KRUG & HALLER | $ 595.00 | $ 0.00 | $ 595.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,453.90 |
| Remaining Balance | $ 31,891.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,376.02 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE, N.A. | $ 575.95 | $ 0.00 | $ 575.95 |
| 2 | GREGORY STAUFFER | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| 3 | PYOD, LLC | $ 7,354.11 | $ 0.00 | $ 7,354.11 |
| 4 | SYNCHRONY BANK | $ 2,544.19 | $ 0.00 | $ 2,544.19 |
| 5 | CITIBANK, N.A. | $ 8,192.31 | $ 0.00 | $ 8,192.31 |
| 6 | CITIBANK, N.A. | $ 4,209.46 | $ 0.00 | $ 4,209.46 |

Total to be paid to timely general unsecured creditors   $ 30,376.02

Remaining Balance   $ 1,515.86

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $1,480.95.