UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| TINA MARIE STOLTZ | : | |
| | : | CASE NO. 1-18-05416-HWV |
| Debtor | : | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LEON P. HALLER, Trustee in the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address;

228 Walnut Street, 3rd Floor
Harrisburg, PA 17101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: LEON P. HALLER
Leon P. Haller, Trustee
1719 North Front Street
Harrisburg, PA 17102
(717) 234-4178

Dated: August 2, 2021

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| TINA MARIE STOLTZ | § § | Case No. 1:18-bk-05416-HWV |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,020.78 |
| and approved disbursements of | $ | 33,675.00 |
| leaving a balance on hand of[1] | $ | 36,345.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LEON P. HALLER | $ 3,787.60 | $ 0.00 | $ 3,787.60 |
| Trustee Expenses: LEON P. HALLER | $ 71.30 | $ 0.00 | $ 71.30 |
| Attorney for Trustee Fees: PURCELL, KRUG & HALLER | $ 595.00 | $ 0.00 | $ 595.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,453.90 |
| Remaining Balance | $ 31,891.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,376.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE, N.A. | $ 575.95 | $ 0.00 | $ 575.95 |
| 2 | GREGORY STAUFFER | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| 3 | PYOD, LLC | $ 7,354.11 | $ 0.00 | $ 7,354.11 |
| 4 | SYNCHRONY BANK | $ 2,544.19 | $ 0.00 | $ 2,544.19 |
| 5 | CITIBANK, N.A. | $ 8,192.31 | $ 0.00 | $ 8,192.31 |
| 6 | CITIBANK, N.A. | $ 4,209.46 | $ 0.00 | $ 4,209.46 |
| | Total to be paid to timely general unsecured creditors | | $ | 30,376.02 |
| | Remaining Balance | | $ | 1,515.86 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $1,480.95.

Prepared By: LEON P. HALLER
TRUSTEE

*LEON P. HALLER*
*1719 NORTH FRONT STREET*
*HARRISBURG, PA 17102*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
TINA MARIE STOLTZ :
: CASE NO. 1-18-05416-HWV
**Debtor** :

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on this date, I served a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the following parties in this manner:

Name and Address                                Mode of Service

All creditors and parties                       Regular First Class Mail
as listed on attached                           Postage Pre-Paid
matrix & parties list.

Date: August 2, 2021                    By:/s/ Lisa A. Rynard
                                        Lisa A. Rynard, Esquire
                                        Purcell, Krug & Haller
                                        1719 North Front Street
                                        Harrisburg, PA 17102

```
Label Matrix for local noticing          Barclays Bank Delaware              Capital One, N.A.
0314-1                                   Attn: Correspondence                c/o Becket and Lee LLP
Case 1:18-bk-05416-HWV                   Po Box 8801                         PO Box 3001
Middle District of Pennsylvania          Wilmington, DE 19899-8801           Malvern PA 19355-0701
Harrisburg
Mon Aug  2 09:41:16 EDT 2021

CareCredit/Synchrony Bank                Chase Auto Finance                  Citi/Sears
Attn: Bankruptcy Dept                    Attn: Bankruptcy                    Citibank/Centralized Bankruptcy
PO Box 965064                            Po Box 901076                       Po Box 790034
Orlando, FL 32896-5064                   Fort Worth, TX 76101-2076           St Louis, MO 63179-0034


Citibank, N.A.                           Citibank/The Home Depot             Gregory Stauffer
701 East 60th Street North               Attn: Recovery/Centralized Bankruptcy  693 Broad Street
Sioux Falls, SD 57104-0493               Po Box 790034                       Akron, PA 17501-1360
                                         St Louis, MO 63179-0034


Gregory Stauffer                         Leon P Haller                       Leon P. Haller (Trustee)
c/o Mitchell A. Sommers, Esquire         Purcell Krug and Haller             Purcell, Krug and Haller
107 W Main Street                        1719 North Front Street             1719 North Front Street
Ephrata, PA 17522-2014                   Harrisburg, PA 17102-2392           Harrisburg, PA 17102-2392


Kohls/Capital One                        Lebanon Family Medicine, Inc        Lebanon Fcu
Kohls Credit                             1400 S Forge Rd, Suite 1            300 Schneider Dr
Po Box 3120                              Palmyra, PA 17078-9513              Lebanon, PA 17046-4811
Milwaukee, WI 53201-3120


MedExpress Lebanon                       PRA Receivables Management, LLC     PYOD, LLC
1010 West Crestview Drive                PO Box 41021                        Resurgent Capital Services
Lebanon, PA 17042-7415                   Norfolk, VA 23541-1021              PO Box 19008
                                                                             Greenville, SC 29602-9008


Penn Medicine                            Pennsylvania Department of Revenue  QUEST DIAGNOSTICS INC
Lancaster General Health                 Bankruptcy Division                 PO BOX 740698
PO Box 824809                            P.O. Box 280946                     CINCINNATI, OH 45274-0698
Philadelphia, PA 19182-4809              Harrisburg, PA 17128-0946


Quicken Loans                            Mitchell A Sommers                  Mitchell A. Sommers
662 Woodward Avenue                      Mitchell A. Sommers                 Mitchell A. Sommers, Esquire, P.C.
Detroit, MI 48226-3433                   107 W Main Street                   15 South State Street
                                         Ephrata, PA 17522-2014              PO Box 836
                                                                             Ste 201
                                                                             Brownstown, PA 17508-0836


Tina Marie Stoltz                        Synchrony Bank                      Synchrony Bank/Care Credit
2 Creekside Dr                           c/o PRA Receivables Management, LLC Attn:  Bankruptcy Dept
Lebanon, PA 17042-4610                   PO Box 41021                        Po Box 965061
                                         Norfolk VA 23541-1021               Orlando, FL 32896-5061


Synchrony Bank/Walmart                   United States Trustee               James Warmbrodt
Attn:  Bankruptcy Dept                   228 Walnut Street, Suite 1190       701 Market Street Suite 5000
Po Box 965060                            Harrisburg, PA 17101-1722           Philadephia, PA 19106-1541
Orlando, FL 32896-5060
```

Leonard Zagurskie Jr
110 West Main Avenue, 1st Floor
Myerstown, PA 17067-1019

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Quicken Loans Inc. | End of Label Matrix<br>Mailable recipients  30<br>Bypassed recipients   2<br>Total                32 |