UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| TINA MARIE STOLTZ | § | Case No. 1:18-bk-05416-HWV |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LEON P. HALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 170,438.50                     Assets Exempt: 48,769.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 30,376.02      Claims Discharged
                                                  Without Payment: 214,604.09

Total Expenses of Administration: 4,488.81

---

3) Total gross receipts of $70,020.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $35,155.95 (see **Exhibit 2**), yielded net receipts of $34,864.83 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $184,394.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,488.81 | 4,488.81 | 4,488.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,210.09 | 37,703.73 | 30,376.02 | 30,376.02 |
| **TOTAL DISBURSEMENTS** | $214,604.09 | $42,192.54 | $34,864.83 | $34,864.83 |

4) This case was originally filed under chapter 7 on 12/30/2018. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/30/2021              By:/s/LEON P. HALLER
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MEDICAL MALPRACTICE CLAIM | 1142-000 | 70,020.78 |
| **TOTAL GROSS RECEIPTS** | | **$70,020.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TINA MARIE STOLTZ | Exemptions | 8100-002 | 33,675.00 |
| TINA MARIE STOLTZ | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,480.95 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$35,155.95** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance, Attn: Bankruptcy Po Box 901076 Fort Worth, TX 76101 | | 19,586.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans, 662 Woodward Avenue Detroit, MI 48226 | | 164,808.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $184,394.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEON P. HALLER | 2100-000 | NA | 3,787.60 | 3,787.60 | 3,787.60 |
| LEON P. HALLER | 2200-000 | NA | 71.30 | 71.30 | 71.30 |
| Axos Bank | 2600-000 | NA | 34.91 | 34.91 | 34.91 |
| PURCELL, KRUG & HALLER | 3110-000 | NA | 595.00 | 595.00 | 595.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $4,488.81 | $4,488.81 | $4,488.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware, Attn: Correspondence Po Box 8801 Wilmington, DE 19899 | | 4,131.00 | NA | NA | 0.00 |
| | CareCredit/Synchrony Bank, Attn: Bankruptcy Dept PO Box 965064 Orlando, FL 32896-5064 | | 2,509.19 | NA | NA | 0.00 |
| | Citi/Sears, Citibank/Centralized Bankruptcy Po Box 790034 St Louis, MO 63179 | | 8,192.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy Po Box 790034 St Louis, MO 63179 | | 4,209.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capital One, Kohls Credit Po Box 3120 Milwaukee, WI 53201 | | 575.00 | NA | NA | 0.00 |
| | Lebanon Family Medicine, Inc, 1400 S Forge Rd, Suite 1 Palmyra, PA 17078-9513 | | 127.50 | NA | NA | 0.00 |
| | Lebanon Fcu, 300 Schneider Dr Lebanon, PA 17046 | | 450.00 | NA | NA | 0.00 |
| | MedExpress Lebanon, 1010 West Crestview Drive Lebanon, PA 17042-7415 | | 1.00 | NA | NA | 0.00 |
| | Penn Medicine, Lancaster General Health PO Box 824809 Philadelphia, PA 19182 | | 171.90 | NA | NA | 0.00 |
| | QUEST DIAGNOSTICS INC, PO BOX 740698 CINCINNATI, OH 45274-0698 | | 7.50 | NA | NA | 0.00 |
| | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept Po Box 965061 Orlando, FL 32896 | | 2,509.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/Walmart, Attn: Bankruptcy Dept Po Box 965060 Orlando, FL 32896 | | 7,327.00 | NA | NA | 0.00 |
| 1 | CAPITAL ONE, N.A. | 7100-000 | NA | 575.95 | 575.95 | 575.95 |
| 5 | CITIBANK, N.A. | 7100-000 | NA | 8,192.31 | 8,192.31 | 8,192.31 |
| 6 | CITIBANK, N.A. | 7100-000 | NA | 4,209.46 | 4,209.46 | 4,209.46 |
| 2 | GREGORY STAUFFER | 7100-000 | NA | 14,827.71 | 7,500.00 | 7,500.00 |
| 3 | PYOD, LLC | 7100-000 | NA | 7,354.11 | 7,354.11 | 7,354.11 |
| 4 | SYNCHRONY BANK | 7100-000 | NA | 2,544.19 | 2,544.19 | 2,544.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $30,210.09 | $37,703.73 | $30,376.02 | $30,376.02 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 18-05416 | HWV | Judge: | Henry W. Van Eck | Trustee Name: | LEON P. HALLER |
|---|---|---|---|---|---|---|
| Case Name: | TINA MARIE STOLTZ | | | | Date Filed (f) or Converted (c): | 12/30/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/11/2019 |
| For Period Ending: | 10/13/2021 | | | | Claims Bar Date: | 05/17/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 CREEKSIDE DRIVE, LEBANON, PA 17042 | 165,103.50 | 0.00 | | 0.00 | FA |
| 2. 2013 HONDA RIDGELINE | 17,161.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS & FURNISHINGS | 2,736.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 6. CASH ON HAND | 40.00 | 0.00 | | 0.00 | FA |
| 7. TWO CATS | 2.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING & SAVINGS ACCOUNT - LEBANON FEDERAL CREDIT UNION | 25.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING & SAVINGS ACCOUNT - BB&T BANK | 60.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) - VANGUARD | 1.00 | 0.00 | | 0.00 | FA |
| 11. 2017 TAX REFUND | 1.00 | 0.00 | | 0.00 | FA |
| 12. GROUP LIFE INSURANCE | 1.00 | 0.00 | | 0.00 | FA |
| 13. MOTOR VEHICLE INSURANCE | 1.00 | 0.00 | | 0.00 | FA |
| 14. MEDICAL MALPRACTICE CLAIM | Unknown | 1,325.00 | | 70,020.78 | FA |
| 15. HEALTHCARE ACCOUNT | 1.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $185,532.50         $1,325.00                    $70,020.78         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/01/19  Awaiting payment from class action settlement.
05/21/19  Follow up to class action attys requesting status of payment.
11/05/19  Still pending.
12/23/19  Still pending.
05/18/20  Still pending but class action attys hopeful that can wrap up in 90 days.
06/12/20  Still pending. One disputed claim and objections filed by debtor.
9/30/20    Still Pending
12/15/20  Still pending.
05/20/21 Funds received. Exemption paid. Working on TFR.

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/31/2020            Current Projected Date of Final Report (TFR): 06/30/2021

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-05416 | Trustee Name: | LEON P. HALLER |
|---|---|---|---|
| Case Name: | TINA MARIE STOLTZ | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0309 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9928 | Blanket Bond (per case limit): | $6,889,586.00 |
| For Period Ending: | 10/13/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/21 | 14 | BERNSTEIN LIEBHARD LLP<br>10 E 40TH ST<br>NEW YORK, NY 10016-0201 | CIASS ACTION SETTLEMENT PROCEEDS<br>PROCEEDS CLASS ACTION SETTLEMENT | 1142-000 | $70,020.78 | | $70,020.78 |
| 05/21/21 | 2001 | TINA MARIE STOLTZ | EXEMPTION | 8100-002 | | $33,675.00 | $36,345.78 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.91 | $36,310.87 |
| 09/07/21 | 2002 | LEON P. HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | TRUSTEE COMMISSION | 2100-000 | | $3,787.60 | $32,523.27 |
| 09/07/21 | 2003 | LEON P. HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | TRUSTEE EXPENSES | 2200-000 | | $71.30 | $32,451.97 |
| 09/07/21 | 2004 | PURCELL, KRUG & HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | ATTORNEY FOR TRUSTEE FEES | 3110-000 | | $595.00 | $31,856.97 |
| 09/07/21 | 2005 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $575.95 | $31,281.02 |
| 09/07/21 | 2006 | GREGORY STAUFFER<br>C/O MITCHELL A. SOMMERS, ESQUIRE<br>107 W MAIN STREET<br>EPHRATA, PA 17522 | Final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $7,500.00 | $23,781.02 |
| 09/07/21 | 2007 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $7,354.11 | $16,426.91 |
| 09/07/21 | 2008 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $2,544.19 | $13,882.72 |

Page Subtotals: $70,020.78 $56,138.06

UST Form 101-7-TDR (10/1/2010) (Page: 10)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-05416  
Case Name: TINA MARIE STOLTZ  
Taxpayer ID No: XX-XXX9928  
For Period Ending: 10/13/2021  

Trustee Name: LEON P. HALLER  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0309  
Checking  
Blanket Bond (per case limit): $6,889,586.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/07/21 | 2009 | CITIBANK, N.A. 701 EAST 60TH STREET NORTH SIOUX FALLS, SD 57117 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $8,192.31 | $5,690.41 |
| 09/07/21 | 2010 | CITIBANK, N.A. 701 EAST 60TH STREET NORTH SIOUX FALLS, SD 57117 | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $4,209.46 | $1,480.95 |
| 09/07/21 | 2011 | TINA MARIE STOLTZ 2 CREEKSIDE DR LEBANON, PA 17042 | Distribution of surplus funds to debtor. | 8200-002 | | $1,480.95 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $70,020.78 | $70,020.78 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $70,020.78 | $70,020.78 |
| Less: Payments to Debtors | $0.00 | $35,155.95 |
| Net | $70,020.78 | $34,864.83 |

Page Subtotals: $0.00 $13,882.72

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0309 - Checking | $70,020.78 | $34,864.83 | $0.00 |
|  | $70,020.78 | $34,864.83 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $70,020.78 |
| Total Gross Receipts: | $70,020.78 |